

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Steve Van Horne,                               * From the 350th District Court
                                                of Taylor County,
                                                Trial Court No. 12749-D

Vs. No. 11-22-00303-CV                 * March 2, 2023

Taylor County, Precinct 1, Place 2,      * Per Curiam Memorandum Opinion
Court, et al.,                                    (Panel consists of: Bailey, C.J.,
                                                Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.